**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MARK JENKINS,                     ) | |
|                                                ) | |
|              Plaintiff,           ) | |
| v.                                           ) | No. 1:13-cv-0099-TWP-MJD |
|                                                ) | |
| SUPERINTENDENT WENDY  ) | |
| KNIGHT, et al.,                      ) | |
|                                                ) | |
|              Defendants.         ) | |

**E N T R Y**

**I.**

The plaintiff=s motion to proceed *in forma pauperis* [Dkt. 2] is **granted.** The plaintiff is assessed an initial partial filing fee of Sixteen Dollars and Zero Cents ($16.00). He shall have **through February 19, 2013,** in which to pay this sum to the clerk of the district court.

**II.**

The plaintiff's motion to appoint counsel [Dkt. 3] is **denied as premature.**

**IT IS SO ORDERED.**

Date: 01/29/2013

Distribution:

Mark Jenkins
#963737
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN   46064-9001

Richard Krall, Financial Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana