# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARK JENKINS,<br><br>        Plaintiff,<br>v.<br><br>SUPERINTENDENT WENDY KNIGHT, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)   No. 1:13-cv-0099-TWP-MJD<br>)<br>)<br>)<br>)<br>) |

## E N T R Y

### I.

The plaintiff=s motion to proceed *in forma pauperis* [Dkt. 2] is **granted.** The plaintiff is assessed an initial partial filing fee of Sixteen Dollars and Zero Cents ($16.00). He shall have **through February 19, 2013,** in which to pay this sum to the clerk of the district court.

### II.

The plaintiff's motion to appoint counsel [Dkt. 3] is **denied as premature.**

**IT IS SO ORDERED.**

Date: 01/29/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark Jenkins
#963737
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN   46064-9001

Richard Krall, Financial Deputy Clerk