UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:13-cv-0099-TWP-MJD |
| ) | |
| SUPERINTENDENT WENDY ) | |
| KNIGHT, et al., ) | |
| ) | |
| Defendants. ) | |

**E N T R Y**

The plaintiff's motion to rule on motion to appoint counsel [Dkt. 18] is **denied as moot** because the plaintiff's motion to appoint counsel filed on January 16, 2013, was denied in the Entry of January 29, 2013.

To the extent the plaintiff renews his motion for the appointment of counsel, he is informed that a litigant requesting that counsel be recruited must show as a threshold matter that he made a reasonable attempt to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The court must deny "out of hand" a request for counsel made without a showing of such effort. *Farmer v. Haas,* 990 F.2d 319, 321 (7th Cir. 1993). The plaintiff's motion for the appointment of counsel alleges that he sent letters to five lawyers. A sampling as small as this does not constitute a reasonable effort to retain counsel. Accordingly, the plaintiff's renewed motion for the appointment of counsel [Dkt. 18] must be **denied** for this reason as well.

IT IS SO ORDERED.

Date: 05/20/2013

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark Jenkins
#963737
Correctional Industrial Facility
Inmate Mail/Parcels
5124 West Reformatory Rd.
Pendleton, IN  46064

All electronically registered counsel